UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MCM CONSTRUCTION, INC., a corporation,<br><br>Defendant. | No. 2:13-cv-0847-JAM-EFB<br><br><br>ORDER |

On March 5, 2014, defendant filed an ex parte request for an extension of time to respond to plaintiff's First Request for Inspection of Land and Property Pursuant to Rule 34 and plaintiff's First Set of Requests for Production of Documents. ECF No. 12; *see* Fed. R. Civ. P. 6(b); E.D. Cal. L.R. 144. Defendant requests the extension of time to allow it to draft a motion for summary judgment and a motion for a protective order staying discovery pending resolution of its forthcoming summary judgment motion. Plaintiff opposes the request.

Good cause appearing, it is ORDERED that defendant's March 5, 2014 request for an extension of time (ECF No. 12) is granted and defendant shall have until April 16, 2014 to respond to plaintiff's discovery requests.

SO ORDERED.

DATED: March 13, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE