| | |
|---|---|
| 1 | SEAN K. HUNGERFORD, SBN 200268 |
|   | ADAM K. GUERNSEY, SBN 282105 |
| 2 | HARRISON, TEMBLADOR, |
|   | HUNGERFORD & JOHNSON LLP |
| 3 | 980 9th Street, Suite 1400 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 382-4377 |
|   | Facsimile:  (916) 382-4380 |
| 5 | E-mail:     shungerford@hthjlaw.com |
|   |             aguernsey@hthjlaw.com |

Attorneys for Defendant
MCM CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE, a non-profit corporation, | CASE NO. 2:13-CV-00847-JAM-EFB |
|---|---|
| Plaintiff, | **STIPULATION STAYING DISCOVERY AND ORDER** |
| v. | |
| MCM CONSTRUCTION, INC., a corporation, | Complaint filed:  4-30-2013 |
| Defendant. | |

---

**STIPULATION STAYING DISCOVERY AND [PROPOSED] ORDER**

1    On March 19, 2014, Defendant MCM CONSTRUCTION, INC., ("MCM") filed a Motion for Summary Judgment, or, in the Alternative, Summary Adjudication, on Plaintiff's Claims I-VI ("Motion for Summary Judgment").  The date of the hearing on the Motion for Summary Judgment is calendared for Wednesday, May 7, 2014.  Previously, on March 19, 2014, MCM filed a Motion for Protective Order seeking to stay all Discovery pending the resolution of the Motion for Summary Judgment.

Counsel for MCM and Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE ("CSPA") have met and conferred regarding MCM's Motion for Protective Order, and have agreed to stay all Discovery pending the Court's ruling on MCM's Motion for Summary Judgment.  This agreement has rendered MCM's Motion for Protective Order moot.

IT IS HEREBY AGREED AND STIPULATED by the parties to this action, by and through their respective counsel, that:

All Discovery is stayed in this matter pending the Court's ruling on MCM's Motion for Summary Judgment. Further, MCM's Motion for Protective Order shall be removed from the calendar as moot.  Should the Court's ruling on the Motion for Summary Judgment eliminate the need for further Discovery, CSPA's requests for Discovery shall be rendered moot.  Should the Court's ruling not eliminate the need for further discovery, MCM shall respond to CSPA's current Discovery requests within 21 days of the Court's ruling and order.

//
//
//
//
//
//
//
//
//

1
**STIPULATION STAYING DISCOVERY AND [PROPOSED] ORDER**

Dated: March 25, 2014               HARRISON, TEMBLADOR,
                                    HUNGERFORD & JOHNSON LLP

                                     /s/ Adam K. Guernsey, Esq.
                                    _____
                                    ADAM K. GUERNSEY, ESQ.
                                    Attorney for Defendant
                                    MCM CONSTRUCTION, INC.


Dated: March 25, 2014               LOZEAU DRURY LLP

                                    /s/ Douglas J. Chermak, Esq. (as authorized on 3/25/14)
                                    _____
                                    DOUGLAS CHERMAK, ESQ.
                                    Attorney for Plaintiff CALIFORNIA
                                    SPORTSFISHING PROTECTION
                                    ALLIANCE

## ORDER

IT IS SO ORDERED.

Dated:   March 26, 2014

                                    /s/ John A. Mendez_____
                                    Honorable John A. Mendez
                                    United States District Court Judge