Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4203 (fax)
E-mail: michael@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MCM CONSTRUCTION, INC., a corporation,<br><br>Defendant. | Case No. 2:13-cv-00847-JAM-EFB<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS;  ORDER GRANTING DISMISSAL**<br>**[FRCP 41(a)(2)]** |

WHEREAS, on January 25, 2013, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant MCM Construction, Inc. ("MCM") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on April 30, 2013, CSPA filed its Complaint against MCM in this Court, *California Sportfishing Protection Alliance v. MCM Construction, Inc.,* Case No. 2:13-cv-00847-JAM-EFB.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and MCM, through their authorized representatives and without either adjudication of CSPA's claims or admission by MCM of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice

1  and Complaint, thereby avoiding the costs and uncertainties of further litigation.

2      WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt

3  requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set

4  forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to

5  the Court indicating that they have no objection to the terms of the Settlement Agreement.

6      NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

7  parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed.  The parties

8  respectfully request an order from this Court dismissing such claims.

10  Dated: June 3, 2015        Respectfully submitted,

11          LOZEAU DRURY LLP

12          By:    /s/ *Douglas J. Chermak*
              Douglas J. Chermak
13                Attorneys for Plaintiff California Sportfishing
              Protection Alliance

15  HARRISON TEMBLADOR HUNGERFORD & JOHNSON

17          By:    *Sean K. Hungerford* (as authorized on 6/3/15)
              Sean K. Hungerford
              Attorneys for Defendant
18                MCM Construction, Inc.

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant MCM Construction, Inc., as set forth in the Notice and Complaint filed in Case No. 2:13-cv-00847-JAM-EFB, are hereby dismissed.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  6/3/2015                              /s/ John A. Mendez_____
                                              Judge John A. Mendez
                                              United States District Court Judge

Case 2:13-cv-00847-JAM-EFB   Document 32   Filed 06/04/15   Page 4 of 4